No. 496. LAWYERS COUNTY TRUST Co. *v.* REICHERT ET AL. December 3, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Saul S. Myers* for petitioner. *Messrs. Selig C. Brez* and *Meyer Marlow* for respondents.

No. 478. FOX FILM CORP. *v.* MULLER. December 3, 1934. Petition for writ of certiorari to the Supreme Court of Minnesota granted. *Messrs. Percy Heiliger* and *James D. Shearer* for petitioner. *Mr. Abram F. Myers* for respondent.

Nos. 479 and 480. CONTINENTAL ILLINOIS NATIONAL BANK & TRUST Co. *v.* CHICAGO, ROCK ISLAND & PACIFIC RY. Co. ET AL.;

Nos. 481 and 482. CHASE NATIONAL BANK OF NEW YORK *v.* SAME;

Nos. 483 and 484. MISSISSIPPI VALLEY TRUST Co. *v.* SAME;

Nos. 485 and 486. HARRIS TRUST & SAVINGS BANK *v.* SAME;

Nos. 487 and 488. NEW YORK TRUST Co. *v.* SAME; and

Nos. 489 and 490. RECONSTRUCTION FINANCE CORP. *v.* SAME. December 3, 1934. Petitions for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Isaac H. Mayer, Carl Meyer, David F. Rosenthal,* and *Herbert A. Friedlich* for petitioner in Nos. 479 and 480. *Messrs. Henry Root Stern, Bertram F. Shipman,* and *Paul D. Miller* for petitioner in Nos. 481 and 482. *Messrs. T. M. Pierce* and *S. Mayner Wallace* for petitioner in Nos. 483 and 484. *Mr. Hal C. Bangs* for petitioner in Nos. 485 and 486. *Messrs. Ed-*